PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER *(Tran. Court)* |
| 00-CR-819-001 |

| DOCKET NUMBER *(Rec. Court)* |
| CR05-30015 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>ALVELO, Hector<br>72 Essex Street, Apt 12<br>Holyoke, MA 01040 | DISTRICT<br><br>New Jersey | DIVISION |
| | NAME OF SENTENCING JUDGE<br><br>Alfred J. Lechner, Jr. | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>April 19, 2004 | TO<br>April 18, 2008 |

OFFENSE

21:952(a) & 18:2 Narcotics - Import (heroin)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-29-05
_____
Effective Date

_____
United States District Judge